## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Condemnation of the Township   :
of Robinson of Certain Lands   :
Owned Now or Formerly of   :     No. 312 C.D. 2022
   :
E&R Partners, L.P.,   :
82 Forest Grove Road   :
Coraopolis, PA 15108   :
   :
James Esposito   :
5852 Steubenville Pike   :
McKees Rocks, PA 15136   :
(Lot & Block 266-G-51)   :
   :
Huntley and Huntley   :
2660 Monroeville Blvd.   :
Monroeville, PA 15146   :
   :
Herman Edwards   :
5852 Steubenville Pike   :
McKees Rocks, PA 15136   :
   :
Appeal of: E&R Partners, L.P.   :

**PER CURIAM**               **O R D E R**

NOW, June 20, 2023, upon consideration of Appellee's application for reargument, the application is DENIED.